IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| THOMAS ANDERSON, ) <br> ) <br> Plaintiff, ) <br> ) Civil No. 11-6406-TC <br> ) <br> v. ) <br> ) ORDER <br> STATE OF OREGON, ) <br> ) <br> Respondent. ) | |

Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on January 6, 2012, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1);

1   - ORDER

McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed January 6, 2012, in its entirety. Plaintiff's complaint (#2) is dismissed with prejudice. The court's order denying plaintiff's request to file an amended complaint is upheld. The clerk of court is directed to enter judgment accordingly.

IT IS SO ORDERED.

DATED this __17th__ day of __Feb.__, 2012.

_Michael R. Hogan_
UNITED STATES DISTRICT JUDGE

2   - ORDER